IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:14-cv-426-D

| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT AS TO DEFENDANT KEITH MATTHEW THOMAS** |
| RELLA J. HASH and KEITH MATTHEW THOMAS, | ) ) ) ) | |
| Defendants. | ) | |

WHEREAS, it has been made to appear to the undersigned, upon affidavit, that defendant Keith Matthew Thomas has failed to appear or otherwise defend against plaintiff State Auto Property and Casualty Insurance Company's Amended Complaint for Declaratory Judgment and Summons after having been served with the same;

AND IT FURTHER APPEARING that defendant Keith Matthew Thomas is subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure;

THEREFORE, default is hereby entered against defendant Keith Matthew Thomas pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 8th day of July, 2015.

_Julie Richards Johnston_